## PETER KELLER

*v.*

## ERNST FOURNIER *et al.*

PRACTICE — *bill of exceptions; trial out of order.* If a party assigns for error, that the cause is advanced on the docket and tried out of its regular order, the bill of exceptions should show that the objection was made in the court below, and exception taken to trying the case out of its order.

APPEAL from the Superior Court of Cook county; the Hon. JOSEPH E. GARY, Judge, presiding.

This was an action of assumpsit, brought by the appellees against the appellant, upon a promissory note.

Mr. THOMAS SHIRLEY, for the appellant.

Messrs. MCCLELLAN & HODGES, for the appellees.

Per CURIAM: This is an appeal from the Superior Court of Cook county.

The error assigned is, that the cause was advanced under the "five-day" rule of the court below, and tried by the court out of its order on the docket, contrary to the provision of the general practice act. It is sufficient to remark that the bill of exceptions does not show that objection was made and exception taken to the trying of the case out of its order on the docket. The bill of exceptions should show that to have been done, in order to avail of the error assigned. The judgment is affirmed.

*Judgment affirmed.*